HOTTLE and Wife *v.* KINDLE and Others.—In error.

THAT one of two plaintiffs in error is under a disability, is *Friday,*
no answer to a plea of the statute of limitations to the writ *December 18.*
of error.   *Shannon et al.* v. *Dunn et al., May* term, 1846.

The statute in such case cannot be evaded by procuring a
severance as to the plaintiff in error who is not under a disa-
bility.